*Joseph M. Howard* for the United States.

No. 272. LEWIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Wayne L. Prim* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 274. BAKER ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Harold Dublirer* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *William W. Goodrich* for the United States.

No. 279. INGLE COAL CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *John E. McClure* and *William P. McClure* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Harry Baum* for the United States.

No. 280. UNITED STATES *v.* TANNER ET AL. Court of Claims. Certiorari denied. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States. *Burr Tracy Ansell* for respondents.

No. 283. TURNER, GUARDIAN, *v.* BELL ET AL. Supreme Court of Tennessee. Certiorari denied. *Bailey Walsh* for petitioner. *Cooper Turner, Jr.* for Gill, Trustee, et al., respondents.

No. 285. E. REGENSBURG & SONS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Arthur B. Hyman* for